IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GREGORY OWENS,

   Appellant,

 v.              Case No. 5D22-1025
                 LT Case Nos. 2018-CF-0766
                        2018-CF-2536
STATE OF FLORIDA,          2018-CF-2535
                        2018-CF-2390
    Appellee.         2019-CF-0768

_____/

Decision filed November 15, 2022

3.850 Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Gregory Owens, Daytona Beach,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Deborah A.
Chance, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

   AFFIRMED.

WALLIS, EISNAUGLE and HARRIS, JJ., concur.